IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY – NEWARK VICINAGE

| | |
|---|---|
| SALIM AHMED,<br><br>       Plaintiff,<br><br>  v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., DIMITRY ISKHAKOV, JOHN DOES 1-10, and ABC COMPANIES 1-20 (names for fictitious entities)<br>       Defendants. | Civil Action No.: 20-15964<br><br>**NOTICE AND PETITION OF REMOVAL** |

TO: United States District Court
    Newark Vicinage
    402 East State Street, Rm 2020
    Trenton, NJ 08608
    *Via ECF*

 PLEASE TAKE NOTICE THAT Defendants FedEx Ground Package System, Inc. and Dimitry Iskahov (hereinafter "Defendants"), hereby move to remove this action, filed by Salim Ahmed, from the Superior Court of New Jersey, Law Division, Middlesex County, to the United States District Court for the District of New Jersey in accordance with 28 U.S.C. §1446 and respectfully allege:

 1. A civil action has been instituted against Defendants in the above-entitled action in the Superior Court of the State of New Jersey, Middlesex County, styled <u>Salim Ahmed v. FedEx Ground Package Systems, Inc., et al.</u> and bearing the Docket No. MID-L-7088-20, which was filed in said Court on October 9, 2020. Annexed hereto as **Exhibit "A"** is a copy of the said Summons and Complaint.

2. On October 14, 2020, a copy of the aforementioned Complaint was served, by Plaintiff, upon Defendant FEDEX GROUND PACKAGE SYSTEMS, INC. Annexed hereto as **Exhibit "B"** is a true and accurate copy of the affidavit of service of the Complaint.

3. Plaintiff has brought this action against the Defendants as a result of an alleged motor vehicle accident on or about November 9, 2019 on Interstate 287 in Edison, New Jersey. See Exhibit "A".

4. Upon information and belief, at the time of commencement of this action and the filing of this Notice of Removal:

   a. Plaintiff was domiciled in the State of New Jersey, County of Middlesex (*see* **Exhibit "A"**);

   b. FedEx Ground Package System, Inc. is a corporation incorporated in the state of Delaware with a principal place of business located at 1000 FedEx Drive, Moon Township, Pennsylvania; and

   c. Defendant Dimitry Iskhakov, is presently a resident of New York, County of Kings.

5. Complete diversity of citizenship exists in this case because, for purposes of diversity, Plaintiff is a citizen of New Jersey, FedEx Ground Package System, Inc. is a citizen of Delaware, and Dimitry Iskhakov is a citizen of New York. See 28 U.S.C. § 1332(c)(1).

6. Plaintiff seeks damages, interests, liens, and costs, alleging that Plaintiff was caused to suffer great pain, loss, and damage; has incurred and will in the future incur medical expenses for the treatment of his injuries; has incurred and will in the future incur liens for the medical treatment of his injuries; and has been and will in the future be disabled unable to perform his usual functions. (*see* Exhibit "A") Plaintiff's damages are alleged to be the result of personal injuries allegedly sustained in motor vehicle accident which occurred on or about November 19, 2019, on Interstate 287 southbound in Edison, New Jersey.

7. Defendants notice the removal of this action on the grounds that it is between the citizens of different states and allegedly involves a claim in excess of $75,000.00, exclusive of interest and costs; and is thereby removable under 28 U.S.C. § 1441, et. seq.

8. This Notice of Removal is timely, since it is filed within thirty (30) days of receipt of the Affidavit of Service on Defendants. Further, the Notice of Removal was filed with the Middlesex County Clerk on or about November 12, 2020. (*see* **Exhibit "C"**).

WHEREFORE, FedEx Ground Package System, Inc. and Dimitry Iskhakov, respectfully request that the action styled Salim Ahmed v. FedEx Ground Package Systems, Inc., et al., filed in the Superior Court of New Jersey, Middlesex County – Law Division, Docket No. MID-L-7088-20, be removed to this Court.

Dated: November 12, 2020

                                            Respectfully submitted,

                                            CALLAHAN & FUSCO, LLC

                                            *Attorneys for Defendants*
                                            FEDEX GROUND PACKAGE SYSTEM, INC. and DIMITRY ISKAHOV

By:_____
                                            CHELSEA S. NOVELLI, ESQ.
                                            103 Eisenhower Parkway, Suite 400
                                            Roseland, New Jersey 07068
                                            (877) 618-9770

TO:   Raye D. Futerfas, Esq.
         Jacoby & Meyers, LLP
         50 Park Place, Suite 1101
         Newark, New Jersey 07102